IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Keystone Sanitary Landfill, Inc.   :
and Solid Waste Services, Inc.   :
d/b/a J.P. Mascaro & Sons,   :
                 Appellants   :
  :
          v.   :     No. 262 C.D. 2016
  :
Monroe County Municipal Waste   :
Management Authority   :

## **O R D E R**

    NOW, December 5, 2016, having considered appellants' application for

reargument and appellee's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge